| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Beckwith, Sandra S. | 2. Court or Organization U.S. District Court, Southern District of Ohio | 3. Date of Report 06/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial ☐ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 810 Potter Stewart U.S. Courthouse 100 East Fifth Street Cincinnati, OH 45202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Antique Business |
| 2. | 2011 | Retired - Pensions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 3. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 5. Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 6. First American Gov't. Obligation Fund CL Y | | None | J | T | | | | | See Note in Part VIII |
| 7. Int'l. Business Machines Corp. Common Stock | A | Dividend | L | T | | | | | |
| 8. Medtronic Inc. 3.000% 03/15/15 | C | Interest | M | T | | | | | |
| 9. Coca Cola Company Common Stock | A | Dividend | K | T | Buy (add'l) | 03/23/11 | J | | See Note in Part VIII |
| 10. Coca Cola Company Common Stock | | | | | Sold (part) | 12/15/11 | J | A | |
| 11. Chevron Corp. Common Stock | | None | | | Sold | 01/12/11 | K | C | |
| 12. Royal Dutch Shell ADR Common Stock | B | Dividend | K | T | Buy | 01/18/11 | K | | |
| 13. Companhia de Bebidas PR ADR Common Stock | A | Dividend | K | T | Buy | 03/23/11 | K | | |
| 14. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 15. U.S. Bank IRA 1 | | | | | | | | | See Note in Part VIII |
| 16. First American Gov't. Obligation Fund CL Y | | None | L | T | | | | | See Note in Part VIII |
| 17. I Shares MSCI Brazil Indev. Common Stock | A | Dividend | K | T | Sold (part) | 01/28/11 | K | D | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCI Brazil Indev. Common Stock | | | | | Sold (part) | 02/14/11 | J | D | |
| 19. I Shares FTSE/Xinhua China 25 Index FD Common Stock | A | Dividend | K | T | | | | | |
| 20. Yum Brands Inc. Common Stock | A | Dividend | K | T | | | | | |
| 21. I Shares S&P Glbl Energy Sect. Common Stock | A | Dividend | K | T | | | | | |
| 22. 3M Co. Common Stock | A | Dividend | K | T | | | | | |
| 23. Touchstone UL Shrtdur Fixing Fd-2 Common Stock | B | Dividend | L | T | Sold (part) | 07/14/11 | K | | See Note in Part VIII |
| 24. Guggenheim China Small Cap E | | None | | | Sold | 09/02/11 | K | | See Note in Part VIII |
| 25. Teva Pharmaceuticals Inds Ltd Adr Common Stock | A | Dividend | | | Sold | 05/11/11 | K | | See Note in Part VIII |
| 26. Novartis Capital 2.900% 04/24/15 | C | Interest | M | T | Buy (add'l) | 07/15/11 | K | | |
| 27. Burlington North 7.000% 02/01/14 | D | Interest | M | T | | | | | |
| 28. Pfizer 5.350% 03/15/15 | D | Interest | M | T | | | | | |
| 29. Touchstone High Yield Fd A Common Stock | D | Dividend | L | T | | | | | |
| 30. DuPont E.I. deNemours & Co. Common Stock | A | Dividend | | | Sold | 12/01/11 | K | C | |
| 31. Entergy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 32. Lubrizol Corp. Common Stock | A | Dividend | | | Sold | 03/17/11 | K | D | |
| 33. Whiting Petroleum Corp. Common Stock | | None | | | Sold | 09/02/11 | K | | See Note in Part VIII |
| 34. Procter & Gamble Common Stock | A | Dividend | K | T | Buy | 07/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EMC Corp. Common Stock | | | K | T | Buy | 01/18/11 | K | | See Note in Part VIII |
| 36. EMC Corp. Common Stock | | None | K | T | Buy (add'l) | 04/15/11 | J | | |
| 37. Cummins Inc. Common Stock | | | | | Buy | 01/18/11 | K | | See Note in Part VIII |
| 38. Cummins Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 39. Deere & Co. Common Stock | | | | | Buy | 03/23/11 | K | | See Note in Part VIII |
| 40. Deere & Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 04/15/11 | J | | |
| 41. Vivo Participacoes SA ADR Common Stock | | | | | Buy | 04/27/11 | J | | See Note in Part VIII |
| 42. Vivo Participacoes SA ADR Common Stock | | | | | Buy (add'l) | 04/28/11 | J | | See Note in Part VIII |
| 43. Telef Brasil Adv. Common Stock | A | Dividend | | | Sold | 12/01/11 | K | | See Note in Part VIII |
| 44. Novartis Ag ADR Common Stock | | None | K | T | Buy | 07/15/11 | K | | |
| 45. American Water Works Co. Common Stock | A | Dividend | K | T | Buy | 07/15/11 | K | | |
| 46. Nestle SA Sponsored ADR Common Stock | | | | | Buy | 09/02/11 | K | | |
| 47. Nestle SA Sponsored ADR Common Stock | | None | K | T | Buy (add'l) | 09/27/11 | K | | |
| 48. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 49. Nextera Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 50. First American Gov't. Obligation Fund CL Y | | None | K | T | | | | | See Note in Part VIII |
| 51. Apple Computer Inc. Common Stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Celgene Corp. Common Stock | | None | K | T | | | | | |
| 53. | Starbucks Common Stock | A | Dividend | L | T | | | | | |
| 54. | Touchstone UL Shrtdur Fixing Fd-2 Mutual Fund | A | Dividend | | | Sold | 09/23/11 | K | | See Note in Part VIII |
| 55. | McDonald's Corp. Common Stock | B | Dividend | L | T | Buy (add'l) | 01/18/11 | J | | |
| 56. | Virginia Elec. & Pwr 5.250% 12/15/15 | C | Interest | L | T | | | | | |
| 57. | Touchstone High Yield Fd A Mutual Fund | D | Dividend | M | T | Buy (add'l) | 02/03/11 | K | | |
| 58. | Thoratec Corp. Common Stock | | None | | | Sold | 02/04/11 | K | | See Note in Part VIII |
| 59. | Oil Service Holdrs Trust Common Stock | | | | | Buy | 02/24/11 | K | | |
| 60. | Oil Service Holdrs Trust Common Stock | | | | | Buy (add'l) | 03/23/11 | K | | |
| 61. | Oil Service Holdrs Trust Common Stock | A | Dividend | | | Sold | 10/13/11 | K | | See Note in Part VIII |
| 62. | Coca Cola Company Common Stock | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 63. | Johnson & Johnson Common Stock | A | Dividend | K | T | Buy | 09/27/11 | K | | |
| 64. | Novartis Ag ADR Common Stock | | None | K | T | Buy | 11/15/11 | K | | |
| 65. | Fifth Third Bank Savings | A | Interest | K | T | | | | | |
| 66. | Fifth Third Bank Checking | A | Interest | K | T | | | | | |
| 67. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 06/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 15 and 48 are account headers.

Items 2 through 13 are the U.S. Bank Portfolio.

Items 16 through 47 are U.S. Bank IRA I.

Items 49 through 64 are U.S. Bank IRA III.

Items 23, 24, 25, 33, 43, 54, 58 and 61 were sold at losses or no gain.

Items 17 and 18 - all income is reported on line 17.

Items 35 and 36 - all income is reported on line 36 (none).

Items 37 and 38 - all income is reported on line 38.

Items 39 and 40 - all income is reported on line 40.

Items 41, 42 and 43 - all income is reported on line 43.

Items 46 and 47 - all income is reported on line 47 (none).

Items 59, 60 and 61 - all income is reported on line 61.

Items 11, 16, 24, 33, 35, 36, 44, 46, 47, 50, 51, 52, 58 and 64 produced no income in 2011.

Items 6, 16 and 50 are cash holding vehicles for their respective accounts. They produce no income due to current interest rates.

Items 41, 42 and 43, 6/15/11 stock merger - new name Telecomicadoes DE Sao Paulo IN, 10/11/11 name change to Telef Brasil Adv. All income is reported on line 43.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544